FILED
ASHEVILLE, NC

DEC 2 2 2025

U.S. DISTRICT COURT
DISTRICT OF N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(ASHEVILLE DIVISION) FOR THE
HONORABLE W. Carleton Metcalf

UNITED STATES OF AMERICA    Docket No.: 1:25-CR-47-MOC-WCM

vs.    (0419 1:25CR000 47-001)

RONALD KEITH GOODE    MOTION TO WITHDRAW PLEA, FOR APPOINTMENT OF SUBSTITUTE COUNSEL, FOR CONTINUANCE, AND FOR HEARING.

Ronald Keith Goode respectfully moves the court to;

1.) Allow withdrawal of guilty plea entered 10/01/2025

2.) Appoint substitute counsel (current counsel Theadore J. Besen)

3.) Continue sentencing to permit newly appointed counsel time to file necessary Motions, Objections, and appeals

4.) Set a hearing. Grounds include ineffective assistance of counsel (Misadvice as to guideline range; Counsel advised 180-188 while presentence report reflects 210-262, failure to explain application of 18 U.S.C. §924 (c) until after I signed plea, but assisting US attorney Christopher S. Hess in explaining the legality and merit of charge to court during plea hearing. Counsels failure to file requested Suppressions/objections/Motions/and appeals, acts of Coercion, and misunderstanding rendering the plea involuntary, and defendants claims of innocence of following items referenced in plea found on page 2, item 8. (a)(b)(d). A continuance and hearing are necessary to avoid manifest injustice.

12/16/2025